# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-18-00383-CV
_____

**LONE STAR GROUNDWATER CONSERVATION DISTRICT, Appellant**

**V.**

**CITY OF CONROE, TEXAS, QUADVEST LP, WOODLAND OAKS UTILITY LP, CRYSTAL SPRINGS WATER CO. INC., EVERETT SQUARE INC., E.S. WATER CONSOLIDATORS INC., UTILITIES INVESTMENT CO. INC., AND T&W WATER SERVICE COMPANY, Appellees**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-08-08942-CV**

## ORDER

On September 18, 2018, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2018); *see also* Tex. R. Civ. P. 168. On October 3, 2018, Lone Star Groundwater Conservation District filed a petition for

permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a). The City of Conroe, Texas, filed a response. *See* Tex. R. App. P. 28.3(f).

The Court grants the petition for permissive appeal of the trial court's order of September 18, 2018. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *Id*. The record is due October 22, 2018. *See* Tex. R. App. P. 35.1(b). The brief of the appellant is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The briefs of the appellees are due twenty days after the filing of the brief of the appellant. *See* Tex. R. App. P. 38.6(b). The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED October 11, 2018.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.